1

2

3

4      **IN THE UNITED STATES DISTRICT COURT**

5      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7   | DAVID REYNOSO,

8   |         Petitioner,                    No. 2:03-CV-0272-RRB-EFB-P

9   | vs.

10  | ANTHONY LAMARQUE, Warden,               **ORDER**

11  |         Respondent.

12

13          Petitioner David Reynoso ("Petitioner"), a state prisoner

14   proceeding pro se, has filed an application for a writ of habeas

15   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a

16   United States Magistrate Judge, pursuant to 28 U.S.C. §

17   636(b)(1)(B) and Local General Order No. 262.

18          On March 6, 2007, Magistrate Edmund F. Brennan filed

19   Findings & Recommendations (Docket 21) herein which were served on

20   all parties and which contained notice to all parties that any

21   objections to the same were to be filed within 14 days.  Neither

22   party has filed objections to the Findings & Recommendations.

23

24

25

26   ORDER DENYING PETITIONER'S WRIT - 1
     2:03-CV-0272-RRB-EFB-P

The Court has reviewed the file and finds the Findings & Recommendations at Docket 21 to be supported by the record and by the Magistrate Judge's thorough analysis.

Accordingly, **IT IS HEREBY ORDERED** that:

1.    The Findings & Recommendations at Docket 21, filed on March 6, 2007, are adopted in full; and

2.    Petitioner's application for a writ of habeas corpus is **DENIED**.

**ENTERED** this 29th day of March 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DENYING PETITIONER'S WRIT - 2
2:03-CV-0272-RRB-EFB-P